IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRANDI THOMAS,

    Plaintiff,

v.                                       CASE NO.: 4:10cv337-SPM/WCS

DORSEY THORNTON AND
ASSOCIATES, LLC,

    Defendant.
_____/

## ORDER FOR ENTRY OF DEFAULT JUDGMENT

Pending before the Court is Plaintiff's Motion for Entry of Final Default Doc. 8. A review of the court file shows that the complaint was filed (doc. 1), process was served upon Defendant (doc. 5), and that no appearance, answer or other defense has been made on behalf of Defendant. Default was entered against Defendant on September 30, 2010 (doc. 8). Plaintiff is seeking statutory damages, plus attorney fees and costs as permitted by statute. The attorney fees sought represent reasonable time spent at the prevailing market rate. Accordingly, it is

    ORDERED AND ADJUDGED:

    1.    The motion (doc. 8) is granted.

2. The clerk shall enter judgment in favor of the Plaintiff, Brandi Thomas, against the Defendant, Dorsey Thornton and Associates, LLC, in the amount of $5,781.50, which shall bear interest from the date of entry pursuant to 28 U.S.C. § 1961, and which sum includes:

    A.    $1,000 in statutory damages under the Fair Debt Collections Act, 15 U.S.C. § 1692, and

    B.    $1,000 in statutory damages under the Florida Consumer Collection Practices Act, Fla. Stat. § 559.72, and

    C.    $425 in costs under 15 U.S.C. § 1692(k)(a)(3) and 28 U.S.C. § 1920, and

    D.    $3,356.50 in attorney fees under 15 U.S.C. § 1692(k)(a)(3).

DONE AND ORDERED this 10th day of November, 2010.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge